# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS BORICCHIO,<br><br>    Plaintiff,<br><br>    v.<br><br>CHICKEN RANCH CASINO, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00818-AWI-SMS<br><br>ORDER RELATING CASE |
| DARCY FOSTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CHICKEN RANCH CASINO, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00819-AWI-SKO<br>New Case No. 1:14-cv-00819-AWI-SMS<br><br>ORDER RELATING CASE AND REASSIGNING TO DOCKET OF MAGISTRATE JUDGE SANDRA M. SNYDER |
| CORENA L. RAYMOND,<br><br>    Plaintiff,<br><br>    v.<br><br>CHICKEN RANCH CASINO, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00820---GSA<br>New Case No. 1:14-cv-00820-AWI-SMS<br><br>ORDER RELATING CASE AND REASSIGNING TO DOCKET OF DISTRICT JUDGE ANTHONY W. ISHII AND MAGISTRATE JUDGE SANDRA M. SNYDER |
| ROBERT H. WATTS,<br><br>    Plaintiff,<br><br>    v.<br><br>CHICKEN RANCH CASINO, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00821---BAM<br>New Case No. 1:14-cv-00821-AWI-SMS<br><br>ORDER RELATING CASE AND REASSIGNING TO DOCKET OF DISTRICT JUDGE ANTHONY W. ISHII AND MAGISTRATE JUDGE SANDRA M. SNYDER |

| | |
|---|---|
| CYNTHIA L. NAPOLI,<br><br>  Plaintiff,<br><br>  v.<br><br>CHICKEN RANCH CASINO, et al.,<br><br>  Defendants. | Case No.  1:14-cv-00822---SAB<br>New Case No. 1:14-cv-00822-AWI-SMS<br><br>ORDER  RELATING CASE AND REASSIGNING TO DOCKET OF DISTRICT JUDGE ANTHONY W. ISHII AND MAGISTRATE JUDGE SANDRA M. SNYDER |

These actions were filed on May 29, 2014.  In each action, the plaintiff filed a notice of related case on June 3, 2014.  The Court has reviewed the complaints filed in each of these actions and finds that the cases are related under Local Rule 123.  The actions are based on the same underlying facts and involve overlapping questions of law and fact.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office is directed to reassign Foster v. Chicken Ranch Casino, 1:14-cv-00819-AWI-SKO to the docket of Magistrate Judge Sandra M. Snyder;

2. The Clerk's Office is directed to reassign Raymond v. Chicken Ranch Casino, 1:14-cv-00820---GSA; Watts v. Chicken Ranch Casino, 1:14-cv-00821---BAM; and Napoli v. Chicken Ranch Casino, 1:14-cv-00822---SAB to the dockets of District Judge Anthony W. Ishii and Magistrate Judge Sandra M. Snyder;

3. The Clerk's Office is directed to relate Boricchio v. Chicken Ranch Casino, 1:14-cv-00818-AWI-SMS; Foster v. Chicken Ranch Casino, 1:14-cv-00819-AWI-SMS; Raymond v. Chicken Ranch Casino, 1:14-cv-00820-AWI-SMS; Watts v. Chicken Ranch Casino, 1:14-cv-00821-AWI-SMS; and Napoli v. Chicken Ranch Casino, 1:14-cv-00822-AWI-SMS;

4. The new case number in each reassigned case shall be as noted in the above caption.  All future pleadings and/or correspondence must be so numbered.  The parties are advised that use of an incorrect case number, including initials, may

///

///

result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

Dated:  June 4, 2014

SENIOR DISTRICT JUDGE